UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>AOPP ACQUISITION CORP. TWO; EDISON ENTERPRISES, LLC,<br><br>        Defendants. | Case No.:  3:16-cv-03997-EMC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

   1.   The deadline to hold a joint site inspection of the premises shall be extended to and including November 28, 2016.

   2.   All other dates that are calculated based on the inspection date will be adjusted accordingly

IT IS SO ORDERED.

Dated: _____11/1_____, 2016

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*