UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

AOPP ACQUISITION CORP. TWO, a California Corporation; EDISON ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

**Case: No.:** 3:16-CV-03997-EMC

[~~proposed~~] **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the settlement conference shall be extended to and including January 24, 2018.
2. The Case Management Conference scheduled on January 25, 2018 shall be continued to ~~February 8, 2018~~ at 10:30 a.m.

IT IS SO ORDERED.

Dated: 1/19/18

_____
HON. JUD...
UNITED ST...

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen